UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

    CARRIE THOMPSON,                              Case No. 08-34454-dof
                                                      Chapter 7 Proceeding
        Debtor.                                   Hon. Daniel S. Opperman
_____/
JOY N. EBIG, Conservator for
JAY J. MCINTYRE,

    Plaintiff,

v.                                                                 Adversary Proceeding
                                                          Case No. 09-3037-dof

CARRIE THOMPSON,

    Defendant.
_____/

## ORDER REGARDING TRIAL OPINION

For the reasons stated in this Court's Trial Opinion entered contemporaneously herewith;

WHEREFORE, IT IS HEREBY ORDERED that the amount of $57,837.70 is excepted from Debtor Defendant's discharge pursuant to 11 U.S.C. § 523(a)(2)(A). The remaining amounts owed by Defendant, Carrie Thompson, are discharged.

cc:    Carrie Thompson
        Martin Wilson

**Signed on March 17, 2010**

                                                                       **/s/ Daniel S. Opperman**
                                                                       **Daniel S. Opperman**
                                                                       **United States Bankruptcy Judge**